IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN LEWIS FURNEY, III,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6069

Opinion filed July 17, 2014.

An appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

Stephen Lewis Furney, III, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Wesley Paxson III, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.